# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| SONYA HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00004 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KHAMIDILLO ABDUMUXTOROV, ET AL., | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The Motion to Remand, ECF No. 14, is GRANTED;

2. The case is REMANDED to the Circuit Court of Smyth County, Virginia;

3. The Motions to Dismiss filed by defendants Abdumuxtorov, Bozorov, and Global Transportation, ECF Nos. 7, 9, are DENIED without prejudice as moot; and

4. The Clerk shall close the case.

ENTER: May 26, 2022

/s/ JAMES P. JONES
Senior United States District Judge